

# IN THE
# TENTH COURT OF APPEALS

No. 10-12-00295-CV

**BARASINGHA LLC, AS SUCCESSOR IN
INTEREST TO PHARIA, LLC,**

**Appellant**

 **v.**

**HENRY T. WARREN AND CHARLES WARREN,**

**Appellees**

**From the 278th District Court
Walker County, Texas
Trial Court No. 25625**

## MEMORANDUM OPINION

Appellant, Barasingha LLC, as successor in Interest to Pharia, LLC, appeals the trial court's judgment dismissing appellant's suit and awarding appellees $8,500 in attorney's fees as sanctions. By letter dated November 13, 2012, the Clerk of this Court warned appellant that the clerk's record in the appeal had not been filed because appellant had not paid or made arrangements to pay the clerk's fee for preparation of the record. Appellant was also warned that if it failed to pay or make arrangements to

pay the clerk's fee and notify this Court of its actions within 21 days from the date of the letter, the appeal may be dismissed for want of prosecution.

More than 21 days have passed and appellant has not notified us that the clerk's fee has been paid or arrangements have been made to pay the clerk's fee. Accordingly, this appeal is dismissed for want of prosecution. TEX. R. APP. P. 37.3(b).


TOM GRAY
Chief Justice

Before Chief Justice Gray,
     Justice Davis, and
     Justice Scoggins
Appeal dismissed
Opinion delivered and filed December 20, 2012
[CV06]